DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Joe Hand Promotions, Inc., ) | CASE NO. 5:11 CV 1955 |
| Plaintiff, ) | |
| ) | <u>JUDGMENT ENTRY</u> |
| v. ) | |
| Vincent A. Fazio, Jr., et al., ) | |
| Defendants. ) | |

For the reasons contained in the Memorandum Opinion filed contemporaneously herewith, IT IS HEREBY ORDERED, ADJUDGED and DECREED that plaintiff Joe Hand Promotions' motion for default judgment against defendant Vincent A. Fazio, Jr., and against defendant Pub Acquisition LLC, is GRANTED;

IT IS FURTHER HEREBY ORDERED, ADJUDGED and DECREED that damages are awarded in favor of plaintiff Joe Hand Promotions jointly and severally against defendants Vincent A. Fazio, Jr. and Pub Acquisition LLC in the sum of $3,600, and defendants are ordered to pay plaintiff Joe Hand Promotions the sum of $3,600; and

IT IS FURTHER HEREBY ORDERED, ADJUDGED and DECREED that attorney fees of $1,525 and costs of $350 are awarded in favor of plaintiff Joe Hand Promotions jointly and severally against defendants Vincent A. Fazio, Jr. and Pub Acquisition LLC, and defendants are

(5:11 CV 1955)

ordered to pay plaintiff Joe Hand Promotions the sum of $1,525 for attorney fees and $350 for costs, for a total sum of $1,875.

    IT IS SO ORDERED.


 March 27, 2012                                   *s/ David D. Dowd, Jr.*
Date                                                      David D. Dowd, Jr.
                                                     U.S. District Judge